U.S. Department of Justice  
Washington, D.C.  
05/16/2014/rg

Criminal Docket

M-14-0948-M

__McALLEN__ Division           CR. No. __M-14-0839-S1__

**INDICTMENT** Filed: __June 10, 2014__   Judge: __CHIEF JUDGE RICARDO H. HONOJOSA__
**SUPERSEDING INDICTMENT** Filed: __July 29, 2014__

County: Hidalgo  
Lions #: **2014R09234**   Attorneys:  
UNITED STATES OF AMERICA   KENNETH MAGIDSON, U. S. ATTORNEY

v.   KIMBERLY A. LEO, ASST. U.S. ATTORNEY

MARCOS ANTONIO ZAMORANO-GARCIA   Cts. 1 - 9    Alejandro Guerra, Ret'd, (956) 630-0291  
*Custody: 05/12/2014*

Charge(s):

| | | |
|---|---|---|
| | Ct. 1: | Conspiracy to harbor illegal aliens within the United States. |
| | | Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i) |
| | Ct. 2: | Harboring illegal aliens within the United States. |
| | | Title 8, United States Code, Sections, 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i) |
| | Ct. 3: | Conspiracy to take hostage. |
| | | Title 18, United States Code, Sections, 1203 |
| | Cts. 4- 9: | Hostage Taking. |
| | | Title 18, United States Code, Sections, 1203 and 2 |

Total Counts

**(9)**

Penalty:

| | | |
|---|---|---|
| | Cts. 1 & 2: | Imprisonment for not more than 10 years and/or a fine of $250,000 and not more than a 3 yr. SRT (as to each count) |
| | Cts. 3 - 9: | Imprisonment for any term of years or for Life and/or a fine of $250,000 and not more than a 5 yr. SRT (as to each count) |

Agency:   Homeland Security Investigations - Martin C. Kehoe - MC15HS14MC0070

Proceedings

Date